John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:        jakefreed@dwt.com

Attorneys for Defendant
CASCADE ATHLETIC SUPPLY CO.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSN SPORTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASCADE ATHLETIC SUPPLY CO., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02271-JAM-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CASCADE ATHLETIC SUPPLY CO. TO RESPOND TO COMPLAINT**<br><br>**[Civ. L.R. 144(a)]**<br><br>**Action Filed: Nov. 13, 2020** |

　　　　Presently before the Court is a stipulation between Plaintiff and Defendant Cascade Athletic Supply Co. ("Cascade") to extend the time for Cascade to answer, move, or otherwise respond to Plaintiff's complaint up to and including January 15, 2021.

　　　　Good cause appearing therefor, the Court GRANTS the stipulation, as follows: Cascade shall answer, move, or otherwise respond to Plaintiff's complaint on or before January 15, 2021.

　　　　IT IS SO ORDERED.

DATED: December 8, 2020　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE